United States District Court

Southern District of Florida

Case # 06-80754-Civ-Middlebrooks/Johnson

Joseph Hawkins, Plaintiff (or, beneficiary)

Vs.

The HAMLET, LTD., Defendant

MOTION TO CHANGE TRIAL TIME

The plaintiff propounds the following trial time;

Each trial day shall begin at 2 P.M.

The plaintiff moves the Court to order that 2 P.M. shall be the starting time for each trial day.

1. The plaintiff is subject to the (ADA) Americans with Disabilities Act.
2. The Court is subject to the (ADA) Americans with Disabilities Act.
3. The granting of this motion would reasonably accommodate the disability needs of the plaintiff.
4. Furthermore, the plaintiff should also be granted a 45 minute grace period for appearing in Court at the beginning of each trial day.

   The plaintiff moves the Court for this grace period

5. Also, the plaintiff moves the Court to change the time for the pretrial Status Conference on on May 9 2007 to 2 P.M.

The plaintiff moves for a 45 minute grace period. Wherefore, the plaintiff prays that the Court will grant this motion to change the trial time to 2 P.M. for each trial day.

Also, the plaintiff prays that the Court will grant the motion to change the May 9, 2007 Conference time to 2 P.M.

I thank the Court.

CERTIFICATE OF SERVICE:

The plaintiff certifies that a correct & true copy of this was  E mailed to the defendant's counsel, David King, at DVK@wadsworthking.com on the date of this E MAIL, on March 31, 2007.

Sincerely,

Facsimile signature (by E MAIL).

Joseph  Hawkins,

Plaintiff (pro se).

2450 Lantana Road, Apt. 2410, Lantana, Florida 33462